IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

  v.

Case No. 19-cv-904-jdp

STACEY HOEM, TORRIA VAN BUREN,
HEATHER SCHWENN and MS. CLINE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 11/13/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |