STATE OF WISCONSIN, ~~CIRCUIT~~ District COURT, Dane COUNTY | For Official Use

Carlos D. Lindsey )
_____ )
(party designation) Plaintiff )
-vs- )
Stacey Hoem, Torria Van Buren, )
Healther schwenn, And MS. cline, )
(party designation) Defendants )

## Notice of Appeal

Case No. 19-CV-909-JdP

Notice is hereby given that (name of party filing appeal) Carlos D. Lindsey
appeals to the Court of Appeals, District ___1___, from [choose one] ☒ the whole ☐ a part of the
final judgment or order, entered on (date) 11-13-2019 in the ~~circuit~~ District court for Dane County County,
the Honorable (name of Judge) James D. Peterson, presiding, in favor of (name of
party opposing appeal) ~~James D. Peterson~~ Judge Peterson, and against (name of party filing Carlos Lindsey
appeal) ~~Carlos Lindsey D. Peterson~~ wherein the court (describe judgment or order) Denied To Proceed on
1983 civil complaint under imminent Danger

NOTE: If this is an appeal under §809.30 or §809.32, also include the following (see §809.10(1)):

• If a postconviction motion was not filed, state the date of service of the last transcript or service of a copy of the circuit court case record.

  If a postconviction motion was filed, state the date of the order deciding the postconviction motion(s).

• If the Court of Appeals established any other filing deadline, state it.

**If counsel is appointed under ch. 977, a copy of the order appointing counsel should be attached to the notice of appeal.**

This [choose one] ☐ is ☐ is not an appeal within Wisconsin Statutes §752.31(2).

This [choose one] ☐ is ☐ is not an appeal to be given preference in the circuit court or court of appeals pursuant to statute.

Date: 11-17-2019

| Signature of Filing Attorney or Party<br>*Carlos D. Lindsey* | Telephone Number<br>NA |
| Name Printed on Typed<br>Carlos D. Lindsey | State Bar Number (if applicable)<br>NA |
| Address<br>1101 Morrison Dr. P.O. Box 1000, Boscobel, WI 5300 (WSPF) | |

This completed form must be *filed* with the clerk of the circuit court in which the judgment or order appealed from was entered. In addition, copies of this completed form must be served upon the following:
1. the Clerk of the Court of Appeals;
2. opposing counsel; and
3. any other party.

CA-120, 11/08 Notice of Appeal

§§809.10 and 809.25, Wisconsin Statutes
($195.00 filing fee)

Carlos Lindsey V. Stacey Hoem, et, al,
Case No. 19-cv-904-JdP.

## Certicate of service

I Carlos Lindsey, certify that on this 17, Day of November 2019 Placed out my cell to The Prison law library the following Documents For E- Filing.

1). A Notice of Appeal

2). Statement on Transcripts

The Aboved Documents will Also Be filed with the court of Appeals by other means,

Dated this 17th Day of November, 2019

Carlos A. Lindsey
(WSPF) P.O. Box 1000
Boscobel WI 53805