IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

v.                                                  Case No. 19-cv-904-jdp

STACEY HOEM, TORRIA VAN BUREN,
HEATHER SCHWENN, AND MS. CLINE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 4/27/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |